IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BELINDA TUCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA, INC.<br><br>Defendant. | §§§§§§§§§§§§ | Civil Action No. 3:11-cv-3279<br><br>Jury Demanded |

## ORDER TO DISMISS WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal [Docket Entry #15], filed March 30, 2012 pursuant to the resolution of this lawsuit by settlement.

It is therefore **ORDERED** that this lawsuit is **DISMISSED WITH PREJUDICE** and that costs of court and attorney's fees shall be paid by the party incurring same.

All relief not specifically granted herein is hereby **DENIED**.

SIGNED this 23 day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE